UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHREE BAJRANG, LLC                                        CIVIL ACTION

VERSUS                                                    NO. 23-972

DUAL INSURANCE AGENCY, INC.                               SECTION M (4)

# ORDER & REASONS

Before the Court is a motion for summary judgment filed by defendant Scottsdale Insurance Company ("Scottsdale"), arguing that there is no evidence that it acted arbitrarily and capriciously in handling plaintiff's insurance claims, and thus, that plaintiff Shree Bajrang, LLC ("Plaintiff") is not entitled to bad-faith penalties or attorney's fees under Louisiana law.[1] Plaintiff responds in opposition, pointing to disputed issues of material fact that it says bear upon Scottsdale's bad faith in handling its insurance claims for property damage and theft.[2] Scottsdale replies in further support of its motion, expanding upon the arguments raised in its motion.[3]

Having considered the parties' memoranda, the record, and the applicable law, the Court agrees that Plaintiff has identified genuine disputes of material fact, citing and supplying sufficient supporting evidence, to preclude summary judgment. Accordingly,

IT IS ORDERED that Scottsdale's motion for summary judgment on bad-faith penalties (R. Doc. 25) is DENIED, because there are disputed issues of material fact regarding Scottsdale's alleged mishandling of Plaintiff's insurance claims.

---

[1] R. Doc. 25.
[2] R. Doc. 28.
[3] R. Doc. 29.

New Orleans, Louisiana, this 22nd day of August, 2024.

                                                                                                                        _____
                                                                                                                        BARRY W. ASHE
                                                                                                                        UNITED STATES DISTRICT JUDGE